FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2014 JAN 31  AM 9: 53

WILLIAM W. BLEVINS
CLERK



**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**BILL OF INFORMATION FOR MONEY LAUNDERING**
**AND NOTICE OF FORFEITURE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.** 14-18 |
| v. | * | **SECTION:** SECT. E MAG. 5 |
| **RICHARD ZANCO** | * | **VIOLATIONS:** 18 U.S.C. §1957 |
| | | 18 U.S.C. §2 |
| | * | |

\* \* \*

The United States Attorney charges that:

**COUNT 1**
**(Money Laundering)**

**A.     AT ALL TIMES MATERIAL HEREIN:**

1.    The defendant, **RICHARD ZANCO**, was an individual who resided in and within the Eastern District of Louisiana.

2.    A brokerage account was an online trading account that could be used to buy and sell financial instruments, including bonds.

3.    A collateralized mortgage obligation ("CMO") was a form of a bond. Specifically, a CMO is a type of complex debt security that repackages and directs the payments of principal and interest from a collateral pool to different types and maturities of securities.

4.      In or around May 2012, the defendant, **RICHARD ZANCO**, became aware that his name and other personal identifying information had been used to open up one or more brokerage accounts and that those brokerage accounts held CMOs that were of monetary value.

5.      The defendant, **RICHARD ZANCO**, well knew and understood that the CMOs that were held in a brokerage account opened in his name did not belong to him and that he had no legal authority over the accounts or the CMOs contained therein.

6.      Beginning at a time unknown and continuing through at least in or around September 2013, the defendant, **RICHARD ZANCO**, undertook a scheme to obtain access to the account that held the CMOs, well knowing that doing so was without authorization, consent, or legal title and that accessing and exercising control over those accounts was fraudulent.

7.      In fraudulently gaining control of the accounts and the CMOs therein, the defendant, **RICHARD ZANCO**, caused certain electronic signs and signals to cross state lines, from Louisiana to locations outside Louisiana; specifically, by ordering the liquidation and sale of the interest proceeds of the CMOs, the defendant, **RICHARD ZANCO**, was able to acquire the interest proceeds generated by the CMOs on a monthly basis and then to arrange for the electronic transfer of those proceeds to other financial accounts that he controlled.

8.      After **ZANCO** obtained control of the brokerage account, liquidated interest proceeds generated by the CMOs from the brokerage account, and transferred the proceeds to other financial accounts under his control listed below, **ZANCO** used the funds to engage in monetary transactions, including the purchase of multiple automobiles and one or more boats, on the dates and in the amounts listed below:

|  |  |  |  |
|---|---|---|---|
| Capital One | x718 | 3/11/13 | $20,000.00 |
| Capital One | x718 | 3/15/13 | $80,000.00 |
| Capital One | x718 | 3/18/13 | $27,000.00 |
| E*Trade | x747 | 4/9/13 | $12,300.00 |
| E*Trade | x747 | 4/15/13 | $10,550.00 |
| E*Trade | x747 | 4/23/13 | $10,500.00 |
| Capital One | x718 | 5/8/13 | $17,400.00 |
| Capital One | x718 | 6/25/13 | $13,310.00 |
| Capital One | x316 | 7/18/13 | $20,000.00 |
| Capital One | x316 | 7/22/13 | $30,000.00 |
| Capital One | x316 | 7/26/13 | $23,172.04 |
| Capital One | x316 | 7/29/13 | $25,500.00 |
| Capital One | x316 | 8/21/13 | $14,514.65 |
| Capital One | x316 | 8/23/13 | $25,500.00 |
| Capital One | x316 | 9/19/13 | $14,252.13 |
| **Total** |  |  | **$343,998.82** |

B.   **THE OFFENSE:**

On or about March 18, 2013, in the Eastern District of Louisiana, the defendant,

**RICHARD ZANCO**, did knowingly engage and attempt to engage in a monetary transaction by

3

through or to a financial institution, affecting interstate or foreign commerce, in criminally derived property of a value greater than $10,000, that is the withdrawal of approximately $27,000 from a Capital One Bank, N.A. financial account in **ZANCO'S** name, and which account **ZANCO** used to access the proceeds of collateralized mortgage obligations that did not belong to **ZANCO**, as described above, such property having been derived from a specified unlawful activity, that is, wire fraud, for the purchase of a boat for **ZANCO'S** personal use.

In violation of Title 18, United States Code, Sections 1957 and 2.

### NOTICE OF MONEY LAUNDERING FORFEITURE

1. The allegations of Count 1 of this Bill of Information are realleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Sections 1957 and 982(a)(1).

2. As a result of the offense alleged in Count 1, defendant, **RICHARD ZANCO**, shall forfeit to the United States pursuant to Title 18, United States Code, Sections 1957 and 982(a)(1) any and all property, real or personal, involved in the violations of Title 18, United States Code, Section 1957 or is traceable to such property.

3. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third person;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be subdivided

without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

KENNETH ALLEN POLITE, JR.<br>
United States Attorney<br>
<br>
JORDAN GINSBERG<br>
Assistant United States Attorney<br>
Illinois Bar No. 6282956

New Orleans, Louisiana
January 31, 2014

No. _____

# United States District Court

FOR THE

EASTERN ____ DISTRICT OF ____ LOUISIANA

UNITED STATES OF AMERICA

vs.

RICHARD ZANCO

BILL OF INFORMATION FOR MONEY LAUNDERING

Violation(s):   18 U.S.C. Section 1957

Filed _____, 20 14 ___

_____, Clerk.

By _____, Deputy

_____
Jordan Ginsberg
Assistant United States Attorney