UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 14-18 |
| v. | * | SECTION: "E" |
| RICHARD ZANCO | * | |
| | * * * | |

## UNITED STATES BILL OF PARTICULARS
## FOR FORFEITURE OF PROPERTY

**NOW INTO COURT**, comes the United States of America by and through the undersigned Assistant United States Attorney who hereby files the following Bill of Particulars.

Through the violations of Title 18, United States Code, Section 1957, as alleged in Count 1 of the Bill of Information pursuant to Title 18, United States Code, Section 982, the United States seeks forfeiture of the following properties, including but not limited to:

> $433,533.45 U.S. Currency including, but not limited to: any and all interest, dividends, cash or any type of proceeds generated from Capital One Investment Services, Account Number: 5HC-043492, in the name of Richard J. Zanco.

$9,445.80 U.S. Currency seized from Capital One Bank, Account Number: 5626028316, in the name of Richard J. Zanco.

Respectfully submitted,

KENNETH ALLEN POLITE, JR.
UNITED STATES ATTORNEY


/s/ Andre J. Lagarde
ANDRE J. LAGARDE        (28649)
Assistant United States Attorney
650 Poydras Street, Suite 1600
New Orleans, LA   70130
Telephone: (504) 680-3009
Andre.Lagarde@usdoj.gov


**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served in accordance with the Court's ECF Rules on March 20th, 2014.


/s/Andre J. Lagarde
ANDRE J. LAGARDE
Assistant United States Attorney