UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| V | NUMBER: 14-18 |
| RICHARD ZANCO | SECTION "E" |
| | MAGISTRATE: |

# ORDER

Considering the Joint Motion of the Government and Attorney for the Defendant to Continue the Sentencing of defendant Richard Zanco.

**IT IS HEREBY ORDERED** that the Sentence Hearing for defendant Zanco BE AND IT IS HEREBY CONTINUED, Ninety (90) days until the  22nd  day of    October   , 2014 at 2:00 pm.

New Orleans, Louisiana this 23rd day of June, 2014.

_____
HONORABLE SUSIE MORGAN
UNITED STATES DISTRICT JUDGE