| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| V | NUMBER: 14-18 |
| RICHARD ZANCO | SECTION "E" |
| | MAGISTRATE: (1) |
| _____ FILED | |
| | _____ |
| | DEPUTY CLERK |

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2014 DEC -4  PM 10: 59
WILLIAM W. BLEVINS
CLERK

## MOTION AND INCORPORATED MEMORANDUM
## TO SEAL THIRD MOTION TO CONTINUE

COMES NOW, defendant and the Government, through undersigned counsel, and respectfully requests that this Motion to Continue the Sentencing of Richard Zanco be filed under SEAL for the reasons set forth in defendant's Third Joint Motion and Incorporated Memorandum to Continue Sentencing.

Respectfully submitted,

s/ Provino Mosca
Provino Mosca
Bar Roll Number 08472
Attorney for Richard Zanco
7212 Stoneleigh Dr.
Harahan, LA 70123
Phone: 504-738-3994
Fax:    504-737-5443
vmosca@cox.net

And

/s/Jordan Ginsberg
Jordan Ginsberg
Assistant United States Attorney
Eastern District of Louisiana
650 Poydras Street, Suite 1600

Fee_____
Process_____
Dktd_____
\_\_ CtRmDep_____
\_\_ Doc. No._____

New Orleans, Louisiana 70130
Phone: 504-680-3121
Fax: 504-589-4395
Jordan.ginsberg@usdoj.gov

## CERTIFICATE

I hereby certify that a copy of this Motion and Order has been delivered to the Office of the United States Attorney's Office for the Eastern District of Louisiana.

s/ **Provino Mosca**
Provino Mosca