FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2015 FEB 18  PM 3: 51

WILLIAM W. BLEVINS
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 14-018 |
| v. | * | SECTION: "E" |
| RICHARD ZANCO | * | |

\* \* \*

### MOTION FOR LEAVE TO FILE SENTENCING-RELATED PLEADING UNDER SEAL

**NOW INTO COURT** comes the United States of America, through the undersigned Assistant United States Attorney, and moves for leave to file the accompanying sentencing-related pleading under seal. The United States respectfully submits that filing this sentencing related pleading under seal is necessary for the reasons stated in that pleading.

Accordingly, the government prays that leave is granted for the accompanying sentencing related pleading to be filed under seal in the record.

Respectfully submitted,

KENNETH ALLEN POLITE, JR.
UNITED STATES ATTORNEY

/s/ Jordan Ginsberg
_____
JORDAN GINSBERG
Assistant United States Attorney
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3121

Fee _____
Process _____
x  Dktd _____
CtRmDep _____
Doc. No. _____

## CERTIFICATE OF SERVICE

    I hereby certify that on February 18, 2015, I filed the foregoing with the Clerk of Court and e-mailed a copy to counsel for defendant, Richard Zanco.

_____<br>
JORDAN GINSBERG<br>
Assistant United States Attorney