

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 14-018** |
| v. | * | **SECTION: "E"** |
| **RICHARD ZANCO** | * | |

\* \* \*

## MOTION FOR LEAVE TO FILE SENTENCING-RELATED
## PLEADING UNDER SEAL

**NOW INTO COURT** comes the United States of America, through the undersigned Assistant United States Attorney, and moves for leave to file the accompanying sentencing-related pleading under seal. The United States respectfully submits that filing this sentencing related pleading under seal is necessary for the reasons stated in that pleading.

```
___Fee _____
___Process _____
_X_Dktd _____
___CtRmDep _____
___Doc. No._____
```

Accordingly, the government prays that leave is granted for the accompanying sentencing related pleading to be filed under seal in the record.

Respectfully submitted,

KENNETH ALLEN POLITE, JR.
UNITED STATES ATTORNEY

/s/ Jordan Ginsberg
JORDAN GINSBERG
Assistant United States Attorney
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3121
Email: jordan.ginsberg@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing has been served upon Provino Mosca, Esq., counsel for defendant Richard Zanco via electronic mail on this 16th day of March 2015.

_____
JORDAN GINSBERG
Assistant United States Attorney