UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 14-18 |
| RICHARD ZANCO | SECTION:"E"(5) |

RE-NOTICE OF SENTENCING

**PHOTO IDENTIFICATION REQUIRED TO ENTER THE BUILDING**

Take Notice that this criminal case has been reset for sentencing on July 15, 2015 at 2:00 P.M. before Judge Susie Morgan, 500 Poydras St., New Orleans, LA.

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date: March 17, 2015

TO:

RICHARD ZANCO

Vinny Mosca
201 S. Galvez St.
New Orleans, La. 70119

WILLIAM W. BLEVINS, CLERK

by: Cesyle Nelson
　Deputy Clerk

AUSA: JORDAN GINSBERG

U.S. Marshal

U.S. Probation Officer - U.S. Pretrial Services Unit

**If you change address,
notify clerk of court
by phone, 504-589-7680**