MINUTE ENTRY
MORGAN, J.
MAY 20, 2015

                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| VERSUS | NO. 14-18 |
| RICHARD ZANCO | SECTION "E" |

                    JUDGE SUSIE MORGAN, PRESIDING

**WEDNESDAY, May 20, 2015 AT 2:00 P.M.**

COURTROOM DEPUTY:   Cesyle Nelson
COURT REPORTER:     Jodi Simcox

APPEARANCES:        Brian Klebba for the United States of America
                    Provino Mosca for the defendant

**SENTENCING**

The defendant was present with his counsel and placed under oath.

For the reasons orally assigned, the Court overruled the defendant's first, second, third, fifth, and seventh objection, sustained his fourth objection, and sustained in part and overruled in part his sixth objection to the Pre-Sentence Report.

Having addressed the defendant's objections, the Court adopted the factual statements contained in the Pre-Sentence Report as its findings of fact, subject to the amendments noted on the record.

Having reviewed the Pre-Sentence Report, the Court now expressly accepts the defendant's plea agreement pursuant to Federal Rule of Criminal Procedure 11(c).

The Court granted the Government's motion for an additional one level decrease under U.S. Sentencing guidelines 3E.1.1(b).

The Court ordered this hearing sealed while it addressed a sealed motion previously filed by the Government. For the reasons orally assigned, the Court granted the motion and

unsealed the remainder of this hearing.

The defendant and his counsel addressed the court in mitigation of punishment.

The defendant was sentenced on count 1 of the bill of information . Written judgment will be entered.

The Government informed the Court that multiple individuals have indicated they intend to assert competing claims regarding entitlement to restitution. Pursuant to 18 U.S.C. Section 3664, the Court ordered that a hearing be held before Magistrate Judge North within the next 60 days to determine which claimant or claimants are the rightful recipients. The Magistrate Judge is to make proposed findings of fact and recommendations as to disposition of the restitution amount in sufficient time for the District Judge to make a final determination within the next 90 days.

The defendant's appearance was waived at the hearing to be held before Magistrate Judge North.

The Court advised the defendant of his right to appeal his conviction and sentence.

The defendant was remanded to the custody of the U.S. Marshal.

JS-10:0:30