MINUTE ENTRY
NORTH, M.J.
MAY 27, 2015

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NUMBER. 14-018 |
| RICHARD ZANCO | SECTION: "E"(5) |

A status conference in the above matter was held this date.

    PRESENT:                        Jordan Ginsberg
                                                Marilyn Brasset

    PARTICIPATING VIA TELEPHONE:    Vinnie Mosca

From the putative claimants that have been identified by the government, the Probation Officer is to attempt to obtain affidavits describing their interest in the funds that were ordered in restitution and any supporting documentation consistent with the requirements of 18 U.S.C. 3664 (d)(2)(A) and (B).  That is to be accomplished within thirty (30) days with a copy thereof to be provided to the government.

Within two (2) weeks thereafter, the government is to file a memorandum addressing the putative claimants' entitlement to the restitution funds.  The Court will then determine whether an evidentiary hearing is warranted.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

MJSTAR (00:20)