MINUTE ENTRY
NORTH, M.J.
JUNE 9, 2015

                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                      NUMBER. 14-018

RICHARD ZANCO                               SECTION: "E"(5)

A further status conference was held in the above matter on this date.

      PRESENT:    Jordan Ginsberg
                          Andre Lagarde
                          Marilyn Brasset

Within one (1) week, counsel for the government and the Probation Officer are to jointly submit, in letter form, a proposed case management plan to the Court that includes, but is not limited to, the conducting of limited discovery, the possible appointment of an expert, an updated accounting of the CMOs at issue, and the form of restitution requests submitted by victims/putative claimants. A copy of the joint submission is to be provided to defense counsel as well.

                                                      MICHAEL B. NORTH
                                        UNITED STATES MAGISTRATE JUDGE

MJSTAR (00:40)