# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 14-18** |
| **RICHARD ZANCO** | **SECTION: "E" (5)** |

## ORDER

On September 21, 2016, the magistrate judge issued a Report and Recommendation in this matter.[1] The Report and Recommendation correctly summarizes the facts and procedural history of this case. Following the Defendant's sentencing, the magistrate judge was tasked with determining the rightful restitution recipient(s). Also before the magistrate judge was the issue of separate claims to forfeited property under 21 U.S.C. § 853(n) filed by Ten Cayman Ltd.[2] and Global Acquisitions Network.[3]

With respect to the question of restitution, the magistrate judge found restitution is inappropriate in this case, and recommended the judgment of this Court be amended to reflect no restitution be ordered.[4] On the issue of restitution, Ten Cayman Ltd. did not file an objection. Global Acquisitions Network timely filed an objection to the magistrate judge's Report and Recommendation, but the objection does not take issue with the magistrate's finding that restitution is inapplicable in this case.[5]

With respect to the question of forfeiture, the magistrate judge found the two putative claimants, Ten Cayman Ltd. and Global Acquisitions Network, lacked standing

---

[1] R. Doc. 100.
[2] R. Doc. 72.
[3] R. Doc. 77.
[4] R. Doc. 100 at 8.
[5] R. Doc. 101.

1

to contest the federal forfeiture of assets because both are juridical entities that must be represented by licensed counsel.[6] Again, Ten Cayman Ltd. filed no objection to the magistrate's Report and Recommendation. Global Acquisitions Network timely filed an objection,[7] and also a motion for extension of time to secure licensed counsel.[8]

The Court has considered the claimants' requests, the record, the applicable law, the Report and Recommendation of the magistrate judge, and the plaintiff's objection to the magistrate judge's Report and Recommendation. The findings of fact and conclusions of law of the magistrate judge are correct and his Report and Recommendation is adopted.

**IT IS ORDERED** that the judgment of the Court[9] be amended to reflect that no restitution be ordered in this case.

**IT IS FURTHER ORDERED** that the restitution claims of Ten Cayman Ltd. and Global Acquisitions Network be **DENIED.**

**IT IS FURTHER ORDERED** that Ten Cayman Ltd.'s and Global Acquisition Network's petitions with respect to the issue of forfeiture pursuant to 21 U.S.C. § 853(n) be **DISMISSED WITHOUT PREJUDICE** to their right to refile their claims through appropriately licensed counsel.

**New Orleans, Louisiana, this 17th day of October 2016.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[6] R. Doc. 100 at 9.
[7] R. Doc. 101.
[8] R. Doc. 102.
[9] R. Doc. 67.